MELINDA L. HAAG
United States Attorney
GRACE M. KIM, ILL Bar 6203390
Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: Sundeep.patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUONG VAN LAM, | CIVIL NO. 12-3977-JSC |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE ANSWER AND ADMINISTRATIVE RECORD** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his Answer and the Administrative Record, due to an unexpected delay in obtaining a transcript of Plaintiff's administrative hearing.  Defendant's current answer deadline is January 17, 2013, and the new

-1-

1  deadline will be February 15, 2013.  The Court's Scheduling Order shall be
2  modified accordingly.
3
4                                    Respectfully submitted,
5  Date: January 12, 2013
6
7                                    By:   /s/ Matthew C. Dirkes*
                                         * By email authorization on January 11, 2013
8                                          Attorney for Plaintiff
9
10                                   MELINDA L. HAAG
                                     United States Attorney
11
12  Dated: January 12, 2013          By: /s/ Sundeep R. Patel
                                     SUNDEEP R. PATEL
13                                   Special Assistant United States Attorney
14
15  APPROVED AND SO ORDERED.
16
17
18  Dated  January 14, 2013          By: _____
                                     Honorable Jacqueline Scott Corley

IT IS SO ORDERED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

-2-