1  MELINDA L. HAAG
2  United States Attorney
   GRACE M. KIM, ILL Bar 6203390
3  Regional Chief Counsel, Region IX
4  Social Security Administration
   SUNDEEP R. PATEL, CSBN 242284
5  Special Assistant United States Attorney
6         333 Market Street, Suite 1500
          San Francisco, California 94105
7         Telephone: (415) 977-8981
8         Facsimile: (415) 744-0134
          E-Mail: Sundeep.patel@ssa.gov
9
10 Attorneys for Defendant
11
12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
15
16 | DUONG VAN LAM,                    ) CIVIL NO. 12-3977-JSC
                                       )
17 |    Plaintiff,                     ) **STIPULATION AND** ~~**PROPOSED**~~
18 |                                   ) **ORDER FOR EXTENSION OF**
   |    v.                             ) **TIME TO FILE ANSWER AND**
19 |                                   ) **ADMINISTRATIVE RECORD**
20 | MICHAEL J. ASTRUE,                )
21 | Commissioner of Social Security,  )
                                       )
22 |    Defendant.                     )
23 |_____)
24
        The parties hereby stipulate through counsel, with the Court's approval as
25
   indicated by issuance of the attached Order, that Defendant shall have a first
26
   extension of time of 30 days to file his Answer and the Administrative Record, due
27
   to an unexpected delay in obtaining a transcript of Plaintiff's administrative
28
   hearing.  Defendant's current answer deadline is January 17, 2013, and the new

-1-

1  deadline will be February 15, 2013.  The Court's Scheduling Order shall be
2  modified accordingly.
3
4                                          Respectfully submitted,
5
   Date: January 12, 2013
6
7                                  By:   */s/  Matthew C. Dirkes**
                                         * *By email authorization on January 11, 2013*
8                                          Attorney for Plaintiff
9
                                           MELINDA L. HAAG
10                                         United States Attorney
11
12 Dated: January 12, 2013         By: /s/ *Sundeep R. Patel*
                                       SUNDEEP R. PATEL
13                                     Special Assistant United States Attorney
14
15 APPROVED AND SO ORDERED.
16
17
   Dated  January 14, 2013         By: _____
18                                       Honorable Jacqueline Scott Corley
19

IT IS SO ORDERED
Jacqueline S. Corley
Judge Jacqueline Scott Corley